IN RE: HEBERT                                                         CASE NO. 05-17723 "B"

---

J. Marshall Miller, Trustee      Case #: 05-17723-JAB                **STERLING BANK**
279 Shadow Mountain Dr.          Case: HEBERT, ALLEN JOSEPH AND HEBERT,   2550 North Loop West 6th Floor
Suite 7                                 IRENE SALLY LIEBERMA   Debtor(s).   Houston, TX - 77092
El Paso, TX 79912

                 VOID AFTER 90 DAYS     DATE: 08/23/2010      CHECK NO:           3003
PAY:     FOUR AND 11 / 100                                                         $4.11

TO THE
ORDER    Clerk, US Bankruptcy Court
OF:
                                                                    _____
                                                                              Trustee

Small Dividends

⑈ 00003003 ⑈  ⑆113005549⑆  ⑈7151057723⑈

8/30/10
DEPOSITED TO UNCLAIMED UNDER $25.00.
DUE: LANDRY LUMBER & SUPPLY

**UNITED STATES**
**BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227564   - KW
* * C O P Y * *
August 30, 2010
   11:12:43

UNC.UNDER$25
  05-17723
Debtor.: ALLEN JOSEPH HEBERT
Trustee: J. Marshall Miller
Amount.:              $4.11 CH
Check#.: 3003

Total -> $4.11

FROM: MILLER

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
279 Shadow Mountain, Suite 7
El Paso, TX 79912
Tel: 915-842-8201 / Fax: 915-760-5334
email: jmarshallmiller@att.net

August 24, 2010

**Clerk of Court**
**United States Bankruptcy Court, EDLA**
**Hale Boggs Federal Building**
**500 Poydras Street, Suite B-601**
**New Orleans, LA 70130**

RE: Checks for Unclaimed Funds and/or Small Dividends

Dear Clerk:

I enclose the following check

| Check # | Case # | Debtor | Claim # if appropriate | Owner of Funds |
|---------|--------|--------|------------------------|----------------|
| 3003 | 05-17723 | Hebert, Allen Joseph & Irene Sally | 3 | Landry Lumber & Supply |

The enclosed check for $4.11 represents a dividend, attributable solely to Landry Lumber & Supply, of less than $5.00 and is therefore submitted to the Clerk of Court in accordance with local practice.

With kindest regards, I remain

Sincerely,

J. Marshall Miller

JMM/mm
Enclosure: Check 3003 for $4.11.